# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **TREMAINE K BURRIS,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | |
| | § | **CASE NO. 3:25-CV-2570-B-BK** |
| **JPMORGAN CHASE BANK, N.A.,** | § | |
| **DEFENDANT.** | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's Fair Debt Collection Practices Act claims are **DISMISSED WITH PREJUDICE** and his remaining claims are **DISMISSED WITHOUT PREJUDICE**. Plaintiff is **ORDERED** to file a second amended complaint by June 24, 2026.

**SO ORDERED** this 10th day of June, 2026.

_____
Jane J. Boyle
Senior United States District Judge