**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TREMAINE K. BURRIS,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | |
| | § | **CASE NO. 3:25-CV-2570-B-BK** |
| **JPMORGAN CHASE BANK, N.A.,** | § | |
| **DEFENDANT.** | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's Fair Credit Reporting Act claims are **DISMISSED WITH PREJUDICE** and the Clerk is **DIRECTED** to close the case.

**SO ORDERED** this 10th day of September, 2026.

Jane J. Boyle
Senior United States District Judge